# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. LA CV 14-3086 JVS (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Joint Stipulation, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, Defendant's Response to the Objections, and the remaining record.

Plaintiff's Objections reiterate the arguments made in the Joint Stipulation, and lack merit for the reasons set forth in the Report and Recommendation.

/ /

/ /

/ /

/ /

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: July 01, 2015

                                        HON. JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE